

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF MARYLAND
### at Greenbelt

In re:   Case No.:  **16–11584 – TJC**   Chapter:  **7**

**Regina Gloria Fields**
Debtor(s)

## ORDER DISMISSING CASE
## FOR FAILURE TO COMPLETE REQUIRED FILINGS
## AND NOTICE THAT AUTOMATIC STAY IS TERMINATED

By notice of the Court dated February 12, 2016, and Order of the Court dated February 29, 2016, the Debtor(s) was/were admonished to file:

- ☐ Schedules A/B D E/F G H I J
- ☐ Statement of Current Monthly Income and Means Test Calculation
- ☐ Statement of Financial Affairs
- ☐ Verification of Creditor Matrix
- ☑ Other: Certificate of Credit Counseling

The Debtor(s) has/have failed to comply with said instructions of the Court. It is, therefore, by the United States Bankruptcy Court for the District of Maryland,

ORDERED, that, pursuant to 11 U.S.C. § 105(a) and § 707(a), the above−captioned case under Chapter 7 is dismissed; and

ALL PARTIES ARE HEREBY NOTIFIED, that the automatic stay imposed by 11 U.S.C. § 362(a) is terminated.

cc:  Debtor(s)
     Attorney(s) for Debtor(s) – PRO SE
     Case Trustee – Steven H Greenfeld
     U.S. Trustee

### End of Order

15x06 (12/2015) – csofinowski